IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHERINE E. MELO, in Her Personal
Capacity and in Her Capacity as Personal
Representative to the Estate of Julian
F. Gildersleeve,

        Plaintiff,                         Case No. 6:15-cv-02177-MC

        v.                             ORDER

THE STATE OF OREGON,
and STEVEN R. FLETCHER, M.D.,

        Defendants.

MCSHANE, Judge:

Based on the issues presented in Plaintiff's Motion for Reconsideration, ECF No. 17, the court VACATES its dismissal order in part as to Plaintiff's Sixth Claim for negligent infliction of emotional distress (NIED) against Defendant Steven R. Fletcher, M.D.

The Court finds that Plaintiff's Sixth Claim for NIED does not arise out of the nucleus of operative facts common to the claims over which this Court may properly exercise jurisdiction, and the Court declines to exercise supplemental jurisdiction over that claim. 28 U.S.C. § 1367.

IT IS SO ORDERED.

Dated this __11__ day of February, 2016.

                                            Michael McShane
                                  United States District Judge